UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GERRY B. LONG,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　Defendant. | ) No. CV-09-0030-JPH<br>)<br>) ORDER GRANTING DEFENDANT'S<br>) MOTION TO DISMISS<br>)<br>) (Ct. Rec. 7.)<br>)<br>)<br>)<br>) |

　　　On February 3, 2009 plaintiff filed a complaint. (Ct. Rec. 1.) The parties have consented to proceed before a magistrate judge. (Ct. Rec. 6.) On March 12, 2009, defendant moved to dismiss for lack of jurisdiction. (Ct. Rec. 7.) On March 31, 2009, plaintiff filed a response. (Ct. Rec. 13.)

　　　Plaintiff's initial application for benefits apparently was denied on January 10, 2007, and her request for reconsideration denied on May 8, 2007. (Ct. Rec. 8 at 2.) Defendant points out that the notice of reconsideration stated plaintiff had no more than 60 days from the date of receipt to request a hearing before an ALJ, meaning shortly after July 8, 2007, depending on the exact date of receipt. (Id.) Plaintiff filed her request for hearing on July 21, 2008 - more than a year late. (Ct. Rec. 8 at 3.) On September 30, 2008, an ALJ found good cause for the late filed request had not been established as defined by 20 C.F.R. § 404.911

ORDER GRANTING DEFENDANT'S
MOTION TO DISMISS　　　　　　　　　　　　　- 1 -

and plaintiff's request for hearing was dismissed.  (Ct. Rec. 8 at 3.)

The court is persuaded that the statutory scheme expressly allows judicial review only of a "final decision," and that has not been presented to the court to review. *See* 42 U.S.C. § 405(g); *Matlock v. Sullivan*, 908 F.2d 492, 494 (9th Cir. 1990) (Commissioner's ruling denying additional time to file a request for hearing is not subject to judicial review).

After reviewing the record and the briefing by the parties, the court **GRANTS** defendant's motion to dismiss (Ct. Rec. 7).  As noted in plaintiff's response (Ct. Rec. 13), she may file a new claim.
Accordingly,

**IT IS ORDERED** that the motion (**Ct. Rec. 7**) is **granted.**

DATED this 1st day of April, 2009.

<u>s/ James P. Hutton</u>
JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING DEFENDANT'S MOTION
TO DISMISS                              - 2 -